IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MALIK SHAKUR PHELPS et al.,              *

             Plaintiffs,              *

v.                                         Case No. 5:25-cv-00526-MTT-ALS

                               *

SHERIFF DAVID DAVIS et al.,              *

             Defendants.              *

_____              *

## J U D G M E N T

Pursuant to this Court's Order dated February 18, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 18th day of February, 2026.

                           David W. Bunt, Clerk


                           s/ Erin Pettigrew, Deputy Clerk